[No. 4707–5–III.   Division Three.   January 25, 1983.]

*In the Matter of the Marriage of* MARY C.
CHRISTIANSEN, *Respondent, and* LANCE
W. CHRISTIANSEN, *Appellant.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 78–3–01574–6, Harry Hazel, J. Pro
Tem., entered July 14, 1981. *Remanded* by unpublished
opinion per McInturff, J., concurred in by Roe, C.J., and
Munson, J.

[No. 4838–8–II.   Division Two.   January 27, 1983.]

ROBERT P. SHORT, ET AL, *Respondents,* v. RICHARD
A. ZANDER, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 280954, Thomas A. Swayze, Jr., J., entered
May 20, 1980. *Affirmed* by unpublished opinion per Wors-
wick, A.C.J., concurred in by Petrie and Reed, JJ.

[No. 3292–9–II.   Division Two.   January 27, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. DWIGHT
PAUL LAFAYETTE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 52323, James V. Ramsdell, J., entered
December 22, 1977. *Dismissed* by unpublished opinion per
Worswick, J., concurred in by Petrich, C.J., and Reed, J.